UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAHRA ENGINEERING & SECURITY SERVICES LLC, an Oman corporation<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>L3 SECURITY & DETECTION SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | Case No. 20CV2172 JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff Dahra Engineering & Security Services LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as against Defendant L3 Security & Detection Systems, Inc., with no award of attorney fees or costs to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
　　　　July 31, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SQUIRE PATTON BOGGS (US) LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Paul Myung Han Kim*
　　　　　　　　　　　　　　　　　　　　　Paul Myung Han Kim

　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas, 26th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Telephone: (212) 872-9800
　　　　　　　　　　　　　　　　　　　Email: paul.kim@squirepb.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dahra Engineering & Security Services LLC*